■ PRECISION ELECTRO MINERALS CO., INC., Appellant, v DRYDEN MUTUAL INSURANCE Co., Respondent, et al., Defendants. (Appeal No. 2.) [771 NYS2d 430]—Appeal from an order of the Supreme Court, Niagara County (Amy J. Fricano, J.), entered June 4, 2003. The order denied plaintiff's motion for leave to renew.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Precision Electro Mins. Co. v Dryden Mut. Ins. Co.* (4 AD3d 823 [2004]). Present—Pigott, Jr., P.J., Green, Pine, Gorski and Lawton, JJ.